UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| BOARD OF EDUCATION OF<br>ALBUQUERQUE PUBLIC SCHOOLS,<br><br>      Plaintiff,<br><br>v.<br><br>DONNIE BRAINARD and<br>VICTORIA SZOLNOKI-BRAINARD, on<br>behalf of N.B.,<br><br>      Defendants. | Case No. 20-CV-419-SWS-MLC<br>(Lead Case) |
| DONNIE BRAINARD and<br>VIKTORIA SZOLNOKI-BRAINARD, Parents,<br>individually and on behalf of N.B., Student,<br><br>      Plaintiffs,<br><br>v.<br><br>BOARD OF EDUCATION OF<br>ALBUQUERQUE PUBLIC SCHOOLS,<br><br>      Defendant. | Case No. 20-CV-420-SWS-MLC<br>(Consolidated Case) |

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**

    This matter comes before the Court on the parties' Joint Motion to Dismiss with Prejudice (20CV419 Doc. 116). The parties have fully resolved their claims and seek

dismissal of these consolidated cases with prejudice and with each party to bear their own fees and costs.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Dismiss with Prejudice (20CV419 Doc. 116) is **GRANTED**. All claims that were or could have been asserted by the parties against one another in the consolidated cases of 20-CV-419-SWS-MLC and 20-CV-420-SWS-MLC are hereby **DISMISSED WITH PREJUDICE**, with each party responsible for their own fees and costs. The Clerk of Court will please close these consolidated cases.

**DATED**: November 23rd, 2021.

_____
Scott W. Skavdahl
United States District Judge